**CORRECTED.**

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-7061

MICHAEL L. JACKSON,

Claimant-Appellant,

v.

R. JAMES NICHOLSON, Secretary of Veterans Affairs,

Respondent-Appellee.

Edward J. Naidich, Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. of Washington, DC, argued for claimant-appellant. Mark R. Lippman, The Veterans Law Group, of La Jolla, California, for claimant-appellant.

Brian S. Smith, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, and Deborah A. Bynum, Assistant Director. Of counsel on the brief were David R. Mclenachen, Deputy Assistant General Counsel, and Martin J. Sendek, Attorney, United States Department of Veterans Affairs, of Washington, DC.

Appealed from: United States Court of Appeals for Veterans Claims

Judge Alan G. Lance, Sr.

# United States Court of Appeals for the Federal Circuit

2007-7061

MICHAEL L. JACKSON

Claimant-Appellant,

v.

R. JAMES NICHOLSON, Secretary of Veterans Affairs,

Respondent-Appellee.

# Judgment

ON APPEAL from the     United States Court of Appeals for Veterans Claims

in CASE NO(S).     04-1310

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, <u>Chief Circuit Judge</u>, SCHALL, <u>Circuit Judge</u>, and BUCKLO[*], <u>District Judge</u>).

AFFIRMED.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  August 10, 2007          /s/ Jan Horbaly              
                                         Jan Horbaly, Clerk

---

[*] Honorable Elaine E. Bucklo, District Judge, United States District Court for the Northern District of Illinois, sitting by designation.